LaJuan CONWAY, Movant–Appellant,

v.

STATE of Missouri, Respondent.

No. 70463.

Missouri Court of Appeals,
Eastern District,
Division One.

April 29, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 3, 1997.

David C. Hemingway, Asst. Sp. Public Defender, St. Louis, for movant–appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

LaJuan Conway ("Movant") appeals from the denial of his Rule 24.035 motion following an evidentiary hearing. We have reviewed the briefs of the parties and the record on